
FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>RAMIRO MAGANA-MERCADO,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>15-1292M<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of _the defendant_____, IT IS ORDERED that a detention hearing is set for _Tuesday, July 14, 2015_____, _____, at _11:00___ ☒a.m. / ☐p.m. before the Honorable _Jacqueline Chooljian_____, in Courtroom _20 (Spring Street Courthouse)___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _7/10/15_____

_____
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                        Page 1 of 1